## In re Assistant Judge William M. BOARDMAN

[816 A.2d 1280]

No. 02-087

November 4, 2002. Upon recommendation of the Judicial Conduct Board and no appeal having been filed, the recommendation of the Judicial Conduct Board filed on September 3, 2002, is approved and Assistant Judge William M. Boardman is hereby reprimanded for violating Canons 2A, 2B and 4C. Rules of Supreme Court for Disciplinary Control of Judges, Rule 11.